UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

SARAH LU PANYARD,                                       No. 09-12112

                          Debtor(s).
_____/

Memorandum
_____

       The court is willing to confirm the debtor's plan with a reservation in the order permitting reconsideration if the law changes before the plan is completed. However, the court will only do so if the debtor and the Trustee so stipulate in writing. If no such stipulation is filed within 7 days, the matter will be deemed submitted and the court will decide the case on its merits.

Dated: December 16, 2009

                                                           Alan Jaroslovsky
                                                           U.S. Bankruptcy Judge